# Exhibit 2

ONESTOP REPORT

# QUALCOMM GLOBAL TRADING PTE. LTD.

31 JULY 2019



D&B Hoovers

# Table of Contents

COMPANY SUMMARY

CONTACTS

CORPORATE FAMILY

CORPORATE OVERVIEW

SIGNALS

NEWS

TRIGGERS

CLOSEST INDUSTRY PEERS

CLOSEST COMPANIES

TECHNOLOGIES IN USE

# Company Summary

## QUALCOMM GLOBAL TRADING PTE. LTD.

6 Serangoon North Avenue 5 , Test Center Of Excellence
Singapore, 554910
Singapore
Tel: 64030900
Fax: 64030901
Marketability: Has Not Opted Out of Direct Marketing

---

| | | | |
|---|---|---|---|
| **Employees:** | 50 (All Sites) | **Fiscal Year End:** | 24-Sep-2017 |
| **Company Type:** Headquarters | Private Subsidiary, | **Reporting Currency:** | USD |
| **Corporate Family:** | 140 Companies | **Annual Sales:** | 14B |
| **D-U-N-S® Number:** | 59-536-4479 | | |
| **LEI Number:** | 0T70LJOI7CV4KICEYN65 | | |
| **Ultimate Parent Company:** | Qualcomm Incorporated | | |
| **Parent Company:** | Qualcomm Technologies, Inc. | | |

## Business Description

Qualcomm Global Trading Pte. Ltd. is primarily engaged in holding or owning securities of companies other than banks, for the sole purpose of exercising some degree of control over the activities of the companies whose securities they hold.

*Source:*

## Industry

| | |
|---|---|
| **D&B Hoovers:** | Holding Companies |
| **US 8-Digit SIC:** | 67199901 - Investment holding companies, except banks |

## Corporate Highlights

| | | | |
|---|---|---|---|
| **D-U-N-S® Number:** | 595364479 | **Latitude:** | 1.28944 |
| **Parent D-U-N-S® Number:** | 078581747 | **Longitude:** | 103.84998 |
| **Ultimate Parent D-U-N-S® Number:** | 144356508 | | |
| **Year Founded:** | 2011 | | |

## Key Contacts



**Kevin Thompson**
Director

⌃ BACK TO TABLE OF CONTENTS

# Contacts



### Kevin Thompson

**Director at QUALCOMM GLOBAL TRADING PTE. LTD.**

Singapore, Singapore
Holding Companies
Main:  64030900

⌃ BACK TO TABLE OF CONTENTS

# Corporate Family Report

## 140 Total Corporate Family Members (Note: Branches are hidden)

**(HQ) Qualcomm Incorporated**
5775 Morehouse Dr, San Diego, California, 92121-1714, United States
D-U-N-S® Number: 14-435-6508
Has Not Opted Out of Direct Marketing

   **(HQ) Qualcomm Innovation Center, Inc.**
   4365 Executive Dr Ste 1100, San Diego, California, 92121-2133, United States
   D-U-N-S® Number: 00-901-7324
   Has Not Opted Out of Direct Marketing

      **(S) Iskoot Technologies, Inc.**
      501 2Nd St Ste 216, San Francisco, California, 94107-4130, United States
      D-U-N-S® Number: 82-803-8021
      Has Not Opted Out of Direct Marketing

   **(HQ) Qualcomm Technologies, Inc.**
   5775 Morehouse Dr, San Diego, California, 92121-1714, United States
   D-U-N-S® Number: 07-858-1747
   Has Not Opted Out of Direct Marketing

      **(HQ) QUALCOMM GLOBAL TRADING PTE. LTD.**
      6 Serangoon North Avenue 5, Singapore, 554910, Singapore
      D-U-N-S® Number: 59-536-4479
      Has Not Opted Out of Direct Marketing

         **(S) QT TECHNOLOGIES IRELAND LIMITED**
         Block S, 2Nd Floor, East Point Busi, Dublin, 3, Ireland
         D-U-N-S® Number: 98-557-2067
         Has Not Opted Out of Direct Marketing

         **(S) Qualcomm River Holdings B.V.**
         Science Park 400 Matrix Ii, Amsterdam, Noord-Holland, 1098 XH, Netherlands
         D-U-N-S® Number: 49-213-1274
         Opts Out of Direct Marketing

         **(HQ) QUALCOMM CDMA TECHNOLOGIES ASIA-PACIFIC PTE LTD**
         6 Serangoon North Avenue 5, Singapore, 554910, Singapore
         D-U-N-S® Number: 89-468-8352
         Has Not Opted Out of Direct Marketing

            **(S) Qualcomm Wireless Semiconductor Technologies Ltd.**
            602,C Building,World Trade Center,No.36,Beisanhuan(E) Rd.,Beicheng Dist., Beijing, Beijing, 100020, C...
            D-U-N-S® Number: 52-978-5797
            Has Not Opted Out of Direct Marketing

**(S)** QUALCOMM COMMUNICATION TECHNOLOGIES LTD.
22F, No. 11, Songgao Rd., Taipei City, Taipei City, 11073, Taiwan Region
D-U-N-S® Number: 65-862-5590
Has Not Opted Out of Direct Marketing

**(HQ)** RF360 HOLDINGS SINGAPORE PTE. LTD.
166 Kallang Way, Singapore, 349249, Singapore
D-U-N-S® Number: 65-925-2498
Has Not Opted Out of Direct Marketing

**(S)** RF360 Technology (Wuxi) Co., Ltd.
No.17 Xishi Road, Xinwu District, Wuxi, Jiangsu, 214028, China
D-U-N-S® Number: 54-481-1979
Has Not Opted Out of Direct Marketing

**(S)** RF360 Europe GmbH
Anzinger Str. 13, München, Bayern, 81671, Germany
D-U-N-S® Number: 31-369-0663
Has Not Opted Out of Direct Marketing

**(S)** RF360 HONG KONG LIMITED
Rm 2702-04 27/F, Central District, Hong Kong SAR
D-U-N-S® Number: 66-444-3212
Opts Out of Direct Marketing

**(S)** RF360 Trading (Wuxi) Co., Ltd.
1/F, No.17 Xitu Rd., Xinwu Dist., Wuxi, Jiangsu, 214028, China
D-U-N-S® Number: 54-444-2008
Has Not Opted Out of Direct Marketing

**(S)** RF360 SINGAPORE PTE. LTD.
166 Kallang Way, Singapore, 349249, Singapore
D-U-N-S® Number: 59-593-4340
Has Not Opted Out of Direct Marketing

**(S)** Rf360 Technologies Inc.
500 Somerset Corporate Blvd, Bridgewater, New Jersey, 08807-2856, United States
D-U-N-S® Number: 08-037-3789
Has Not Opted Out of Direct Marketing

**(HQ)** Csr Ltd.
Churchill House, Cambridge, CB4 0WZ, United Kingdom
D-U-N-S® Number: 22-168-8497
Has Not Opted Out of Direct Marketing

**(HQ)** Zoran Corporation
1060 Rincon Cir, San Jose, California, 95131-1325, United States
D-U-N-S® Number: 10-211-0863
Has Not Opted Out of Direct Marketing

**(HQ) Microtune, Inc.**
2201 10th St, Plano, Texas, 75074-8019, United States
D-U-N-S® Number: 96-102-3777
Has Not Opted Out of Direct Marketing

**(S) Microtune LP LLC**
103 Foulk Rd Ste 202, Wilmington, Delaware, 19803-3742, United States
D-U-N-S® Number: 16-456-0760
Has Not Opted Out of Direct Marketing

**(S) Clarity Technologies, Inc**
1740 Opdyke Ct, Auburn Hills, Michigan, 48326-2474, United States
D-U-N-S® Number: 07-264-3864
Has Not Opted Out of Direct Marketing

**(HQ) Cambridge Silicon Radio Holdings Ltd.**
Churchill House, Cambridge, CB4 0WZ, United Kingdom
D-U-N-S® Number: 21-725-8366
Has Not Opted Out of Direct Marketing

**(HQ) Qtil Holdco Ltd.**
Churchill House, Cambridge Busin, Cambridge, CB4 0WZ, United Kingdom
D-U-N-S® Number: 22-438-5879
Has Not Opted Out of Direct Marketing

**(HQ) Qualcomm Technologies International, Ltd.**
Northern Ireland Science Park, Queen's Road, Queen's Island, Belfast, BT3 9DT, United Kin…
D-U-N-S® Number: 23-671-0898
Has Not Opted Out of Direct Marketing

**(HQ) Csr Technology Inc.**
1060 Rincon Cir, San Jose, California, 95131-1325, United States
D-U-N-S® Number: 83-557-3452
Has Not Opted Out of Direct Marketing

**(S) Cambridge Positioning Systems Ltd.**
Churchill House Cambridge Business Park Cowley Roa, Cambridge, CB4 0WZ, United Kingdom
D-U-N-S® Number: 34-845-1006
Has Not Opted Out of Direct Marketing

**(S) Qualcomm Technologies International GmbH**
Marie-Curie-Str. 1, Ingolstadt, Bayern, 85055, Germany
D-U-N-S® Number: 32-913-0616
Has Not Opted Out of Direct Marketing

**(S) Apt Licensing Ltd.**
138 University Street, Belfast, BT7 1HH, United Kingdom
D-U-N-S® Number: 23-389-9488
Has Not Opted Out of Direct Marketing

**(S) Ubinetics (Vpt) Ltd.**
Churchill House, Cambridge, CB4 0WZ, United Kingdom
D-U-N-S® Number: 34-703-0921
Has Not Opted Out of Direct Marketing

**(HQ) Sirf Technology Holdings, Inc.**
1060 Rincon Cir, San Jose, California, 95131-1325, United States
D-U-N-S® Number: 14-305-1097
Has Not Opted Out of Direct Marketing

**(S) Centrality Communications, Inc.**
217 Devcon Dr, San Jose, California, 95112-4211, United States
D-U-N-S® Number: 14-394-3103
Has Not Opted Out of Direct Marketing

**(HQ) Gobi Ltd.**
Suite 1, 3Rd Floor, London, SW1Y 4LB, United Kingdom
D-U-N-S® Number: 21-744-7511
Has Not Opted Out of Direct Marketing

**(S) Qualcomm Communications UK Ltd.**
Suite 1, 3Rd Floor, London, SW1Y 4LB, United Kingdom
D-U-N-S® Number: 21-691-5508
Has Not Opted Out of Direct Marketing

**(HQ) Qualcomm (UK) Ltd.**
566 Chiswick High Road, Building 4 - 3Rd Floor, London, W4 5YE, United Kingdom
D-U-N-S® Number: 23-931-1215
Has Not Opted Out of Direct Marketing

**(HQ) Qualcomm Technologies Netherlands B.V.**
Bijsterhuizen 1122 Unit F, Nijmegen, Gelderland, 6546 AS, Netherlands
D-U-N-S® Number: 49-081-2258
Has Not Opted Out of Direct Marketing

**(S) Euclid Vision Technologies B.V.**
Science Park 400, Amsterdam, Noord-Holland, 1098 XH, Netherlands
D-U-N-S® Number: 48-959-7999
Opts Out of Direct Marketing

**(S) Scyfer B.V.**
Science Park 400, Amsterdam, Noord-Holland, 1098 XH, Netherlands
D-U-N-S® Number: 49-103-1890
Opts Out of Direct Marketing

**(HQ) QUALCOMM CDMA Technologies GmbH**
Anzinger Str. 13, München, Bayern, 81671, Germany
D-U-N-S® Number: 31-419-4213
Has Not Opted Out of Direct Marketing

**(HQ) QUALCOMM ASIA PACIFIC PTE. LTD.**
6 Serangon North Avenue 5, Singapore, 554910, Singapore
D-U-N-S® Number: 59-513-7962
Has Not Opted Out of Direct Marketing

**(S) QUALCOMM Germany RFFE GmbH**
Anzinger Str. 13, München, Bayern, 81671, Germany
D-U-N-S® Number: 34-146-7851
Has Not Opted Out of Direct Marketing

**(HQ) Qualcomm Atheros, Inc.**
1700 Technology Dr, San Jose, California, 95110-1383, United States
D-U-N-S® Number: 06-296-7166
Has Not Opted Out of Direct Marketing

**(HQ) Ikanos Communications, Inc.**
5775 Morehouse Dr, San Diego, California, 92121-1714, United States
D-U-N-S® Number: 08-662-7218
Has Not Opted Out of Direct Marketing

**(HQ) IKANOS COMMUNICATIONS (SINGAPORE) PRIVATE LIMITED**
80 Robinson Road, Singapore, 068898, Singapore
D-U-N-S® Number: 93-719-0429
Has Not Opted Out of Direct Marketing

**(HQ) Ikano Property Fe A/S**
Stationsparken 24, Glostrup, Hovedstaden, 2600, Denmark
D-U-N-S® Number: 30-611-5069
Has Not Opted Out of Direct Marketing

**(S) IKANO CORPORATION SDN. BHD.**
2 Jalan Pju 7/2, Petaling Jaya, Selangor, 47800, Malaysia
D-U-N-S® Number: 59-761-0828
Has Not Opted Out of Direct Marketing

**(S) Qualcomm Atheros Canada Corporation**
144 Front St W Suite 385, Toronto, Ontario, M5J 2L7, Canada
D-U-N-S® Number: 25-509-2769
Has Not Opted Out of Direct Marketing

**(S) ATHEROS COMMUNICATIONS, INC.**
2-2-9, Shimbashi, Minato-Ku, Tokyo, 105-0004, Japan
D-U-N-S® Number: 69-657-0477
Has Not Opted Out of Direct Marketing

**(S) QUALCOMM EUROPE INC**
Piazza Dell' Indipendenza 11/B, Roma, Roma, 00185, Italy
D-U-N-S® Number: 43-946-3659
Has Not Opted Out of Direct Marketing

**(S) Black Sand Technologies, Inc.**
9600 N Mopac Expy Ste 900, Austin, Texas, 78759-6555, United States
D-U-N-S® Number: 88-466-1955
Has Not Opted Out of Direct Marketing

**(S) QUALCOMM JAPAN LIMITED LIABILITY CO.**
1-1-1, Minamiaoyama, Minato-Ku, Tokyo, 107-0062, Japan
D-U-N-S® Number: 69-638-4929
Has Not Opted Out of Direct Marketing

**(HQ) Qualcomm Wireless Communication Technologies (China) Co., Ltd.**
601, Bldg.C, World Trade Center, No.36 North Sanhuan (E) Rd., Dongcheng Dist., Beijing, Beijing, 100013, China
D-U-N-S® Number: 54-477-5018
Has Not Opted Out of Direct Marketing

**(S) Qualcomm Korea Ltd.**
15-17/F Nonhyun-Dong, Seoul, Seoul, 06060, Korea, Republic of
D-U-N-S® Number: 68-944-3422
Has Not Opted Out of Direct Marketing

**(S) Qualcomm, Incorporated**
Regus Business Center, Hanoi, Hanoi, 1223423, Vietnam
D-U-N-S® Number: 55-530-7318
Has Not Opted Out of Direct Marketing

**(S) Qualcomm Mems Technologies, Inc.**
5775 Morehouse Dr, San Diego, California, 92121-1714, United States
D-U-N-S® Number: 06-864-6723
Has Not Opted Out of Direct Marketing

**(HQ) Qualcomm Datacenter Technologies, Inc.**
5775 Morehouse Dr, San Diego, California, 92121-1714, United States
D-U-N-S® Number: 08-039-1578
Has Not Opted Out of Direct Marketing

**(S) QUALCOMM INTERNATIONAL INC**
Building 8, 5Th Floor Mind Space, Hyderabad, Telangana, 500081, India
D-U-N-S® Number: 91-906-4709
Has Not Opted Out of Direct Marketing

**(S) Qualcomm Flarion Technologies, Inc.**
500 Somerset Corporate Blvd, Bridgewater, New Jersey, 08807-2856, United States
D-U-N-S® Number: 84-121-5838
Has Not Opted Out of Direct Marketing

**(S) Flo TV Incorporated**
5775 Morehouse Dr, San Diego, California, 92121-1714, United States
D-U-N-S® Number: 17-224-7061
Has Not Opted Out of Direct Marketing

**(HQ) Qualcomm International, Inc.**
5775 Morehouse Dr,  San Diego,  California,  92121-1714,  United States
D-U-N-S® Number: 60-386-4930
Has Not Opted Out of Direct Marketing

**(S) Qualcomm CDMA Technology korea Co., Ltd.**
15-17/F Nonhyun-Dong,  Seoul,  Seoul,  06060,  Korea, Republic of
D-U-N-S® Number: 68-961-5685
Has Not Opted Out of Direct Marketing

**(HQ) Corporación Nacional de Radiodeterminación, S.A. de C.V.**
Coyoacán No. 1622 Edificio 1 Planta Baja,  México,  Ciudad De Mexico,  03100,  Mexico
D-U-N-S® Number: 81-205-1472
Has Not Opted Out of Direct Marketing

**(S) Qualcomm Atheros Technology Ltd**
C/O Alexander Barristers & Attorneys,  Hamilton,  Bermuda
D-U-N-S® Number: 87-567-0630
Has Not Opted Out of Direct Marketing

**(S) Qualcomm Connected Experiences, Inc.**
5775 Morehouse Dr,  San Diego,  California,  92121-1714,  United States
D-U-N-S® Number: 07-942-0029
Has Not Opted Out of Direct Marketing

**(HQ) QUALCOMM BANGALORE DESIGNS CENTRE PRIVATE LIMITED**
Plot No 125, 126 & 127, 1St, 2Nd & Groun,  Bangalore,  Karnataka,  560066,  India
D-U-N-S® Number: 67-687-6741
Has Not Opted Out of Direct Marketing

**(S) Astrata Germany GmbH**
Lissaboner Allee 1,  Dortmund,  Nordrhein-Westfalen,  44269,  Germany
D-U-N-S® Number: 32-990-5645
Has Not Opted Out of Direct Marketing

**(S) QUALCOMM, INCORPORATED**
Towr - Ii, Suite 14,  Jakarta,  Jakarta,  12930,  Indonesia
D-U-N-S® Number: 72-648-9201
Has Not Opted Out of Direct Marketing

**(HQ) Qualcomm Serviços de Telecomunicações Ltda**
Av. Jornalista Roberto Marinho 85,  São Paulo,  Sao Paulo,  04576-010,  Brazil
D-U-N-S® Number: 67-929-1406
Has Not Opted Out of Direct Marketing

**(S) Qualcomm Limited Partner, Inc**
5775 Morehouse Dr,  San Diego,  California,  92121-1714,  United States
D-U-N-S® Number: 88-426-4383
Has Not Opted Out of Direct Marketing

▲ BACK TO TABLE OF CONTENTS

# Corporate Overview

**Location**
6 Serangoon North Avenue 5
Test Center Of Excellence
Singapore, 554910
Singapore

| | |
|---|---|
| **Tel:** | 64030900 |
| **Fax:** | 64030901 |
| **Marketability:** | Has Not Opted Out of Direct Marketing |
| **Registered No.(SGP ):** | 201127766C |

| | |
|---|---|
| **Sales USD(mil):** | 14,096.0 |
| **Assets USD(mil):** | NA |
| **Employees:** | 50 |
| **Fiscal Year End:** | 24-Sep-2017 |
| **KeyID**[SM]**:** | 123084371 |
| **Industry:** | Miscellaneous Financial Services |

| | |
|---|---|
| **Incorporation Date:** | 2011 |
| **Company Type:** | Private Subsidiary |
| **Quoted Status:** | Not Quoted |
| **Registered No.(SGP ):** | 201127766C |
| **Director:** | Kevin Thompson |

## Industry Codes

NAICS 2017:

**551112  -  Offices of Other Holding Companies (Primary)**

ANZSIC 2006:

**6240  -  Financial Asset Investing (Primary)**

ISIC Rev 4:

**642  -  Activities of holding companies (Primary)**

NACE 2002:

**642  -  Activities of holding companies (Primary)**

UK SIC 2007:

**642  -  Activities of holding companies (Primary)**

US SIC 1987:

**6719  -  Offices of Holding Companies, Not Elsewhere Classified (Primary)**

US 8-Digit SIC:

**67199901  -  Investment holding companies, except banks (Primary)**

UK SIC 2003:

**7415  -  Management activities of holding companies (Primary)**

## Business Description

Qualcomm Global Trading Pte. Ltd. is primarily engaged in holding or owning securities of companies other than banks, for the sole purpose of exercising some degree of control over the activities of the companies whose securities they hold.

*Source: D&B*

## Financial Data

| Financials in: | USD(mil) | 1 Year Growth |
|---|---|---|
| **Revenue:** | 14,096.0 | NA |

**Date of Financial Data:**                    24-Sep-2017

*© 2019 Dun & Bradstreet, Inc. All rights reserved.*

⌃ BACK TO TABLE OF CONTENTS

# Signals Report

Results are not available for this company

⌃ BACK TO TABLE OF CONTENTS

# News

Results are not available for this company

⌃ BACK TO TABLE OF CONTENTS

# Triggers

Results are not available for this company

⌃ BACK TO TABLE OF CONTENTS

# Closest Industry Peers



### PICON1 HOLDINGS PTE. LTD.

**Holding Companies**

Singapore, Singapore
Sales USD: 760k , Employees: 3 (This Site) 3 (All Sites) , Type: Private Independent,

Distance:     0 km

---



### MORGAN SMITH CAPITAL PTE LTD

**Holding Companies**

Singapore, Singapore
Sales USD: 1M , Employees: 4 (This Site) 4 (All Sites) , Type: Private Independent,

Distance:     0 km

---



### TIM HORTONS SEA PTE. LTD.

**Holding Companies**

Singapore, Singapore
Sales USD: 769k , Employees: 3 (This Site) 3 (All Sites) , Type: Private Independent,

Distance:     0 km

---



### PRIVATE VILLA HOLDINGS (CHINA) PTE. LTD.

**Holding Companies**

Singapore, Singapore
Sales USD: 984k , Employees: 4 (This Site) 4 (All Sites) , Type: Private Independent,

Distance:     0 km

---



### EONLIPIDS (S) PTE. LTD.

**Holding Companies**

Singapore, Singapore
Sales USD: 1M , Employees: 4 (This Site) 4 (All Sites) , Type: Private Independent,

Distance:     0 km

---



### GSA JP PROJECT 1 HOLDCO. PTE. LTD.

**Holding Companies**

Singapore, Singapore
Sales USD: 765k , Employees: 3 (This Site) 3 (All Sites) , Type: Private Independent,

Distance:     0 km



### G4 VENTURE PTE. LTD.

**Holding Companies**

Singapore, Singapore
Sales USD: 1M , Employees: 4 (This Site) 4 (All Sites) , Type: Private Independent,

Distance:     0 km



### MOON APPAREL HOLDINGS PTE. LTD.

**Holding Companies**

Singapore, Singapore
Sales USD: 747k , Employees: 3 (This Site) 3 (All Sites) , Type: Private Independent,

Distance:     0 km



### KENDILO PTE. LTD.

**Holding Companies**

Singapore, Singapore
Sales USD: 1M , Employees: 4 (This Site) 4 (All Sites) , Type: Private Independent,

Distance:     0 km



### G9 SINGAPORE I PTE. LTD.

**Holding Companies**

Singapore, Singapore
Sales USD: 1M , Type: Private Independent,

Distance:     0 km

˄ BACK TO TABLE OF CONTENTS

# Closest Companies



### FIRST TECH EQUIPMENT PTE LTD

**Electronics Wholesale**

Singapore, Singapore
Sales USD: 111k , Employees: 4 (This Site) 4 (All Sites) , Type: Private Independent,

Phone:      68411471
Distance:   0 km



### AT MECHATRONICS PTE LTD

**Machinery and Equipment Manufacturing**

Singapore, Singapore
Employees: 5 (This Site) 5 (All Sites) , Type: Private Independent,

Phone:      65813810
Distance:   0 km



### NO. 1 COSTUME NOVELTY PTE. LTD.

**Clothing and Apparel Stores**

Singapore, Singapore
Sales USD: 457k , Employees: 3 (This Site) 3 (All Sites) , Type: Private Independent,

Phone:      63417226
Distance:   0 km



### INMIND PTE. LTD.

**Advertising Services**

Singapore, Singapore
Sales USD: 214k , Employees: 5 (This Site) 5 (All Sites) , Type: Private Independent,

Phone:      62845188
Distance:   0 km



### ETACT SOLUTIONS PTE LTD

**Computer System Design Services**

Singapore, Singapore
Sales USD: 240k , Employees: 5 (This Site) 5 (All Sites) , Type: Private Independent,

Phone:      62231816
Distance:   0 km



### ASIA BOOK-KEEPING SERVICE BUREAU

**Accounting and Tax Preparation**

Singapore, Singapore
Sales USD: 231k , Employees: 5 (This Site) 5 (All Sites) , Type: Partnership Independent,

Phone:        65330910
Distance:     0 km



### ONE BIZ

**Clothing and Apparel Stores**

Singapore, Singapore
Sales USD: 338k , Employees: 3 (This Site) 3 (All Sites) , Type: Private Independent,

Distance:     0 km



### OLYMPIC PTE. LTD.

**Miscellaneous Manufacturing**

Singapore, Singapore
Sales USD: 176k , Employees: 8 (This Site) 8 (All Sites) , Type: Private Independent,

Phone:        62418850
Distance:     0 km



### MEDIUM ACCESS SYSTEMS PTE. LTD.

**Computer Programming**

Singapore, Singapore
Sales USD: 217k , Employees: 5 (This Site) 5 (All Sites) , Type: Private Independent,

Phone:        62933018
Distance:     0 km



### SALINEX PTE. LTD.

**Machinery and Equipment Manufacturing**

Singapore, Singapore
Sales USD: 247k , Employees: 5 (This Site) 5 (All Sites) , Type: Private Independent,

Phone:        62205658
Distance:     0 km

⌃ BACK TO TABLE OF CONTENTS

# Technologies in Use

- **Git** - Git
- **Google, Inc.** - Android OS
- **Microsoft Corporation** - C#
- **Microsoft Corporation** - Microsoft Office
- **Microsoft Corporation** - Microsoft PowerPoint
- **Microsoft Corporation** - Microsoft SharePoint
- **National Instruments** - LabVIEW
- **National Instruments** - National Instruments
- **Open Source** - Linux
- **Oracle Corporation** - Java
- **Perforce** - Perforce
- **Perl** - Perl
- **Python** - Python
- **Qualstar** - Qualstar
- **The Open Group** - Unix

▲ BACK TO TABLE OF CONTENTS