IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| KIPB LLC, | § | |
|---|---|---|
| *Plaintiff*, | § | |
| v. | § | |
| SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; AND QUALCOMM GLOBAL TRADING PTE. LTD., | § | CIVIL ACTION NO. 2:19-cv-56-JRG-RSP |
| *Defendants*. | § | |

# ORDER

Defendant Qualcomm Global Trading Pte. Ltd. ("QGT") previously filed a Motion to Dismiss. (Dkt. No. 39.) Magistrate Judge Payne entered a Report and Recommendation, recommending that QGT's Motion be denied in all respects. (Dkt. No. 75.) QGT has now filed an Objection (Dkt. No. 77) to the Report and Recommendation.

After reviewing the briefing for the Motion to Dismiss, the Report and Recommendation, and QGT's Objection, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objection fails to show that dismissal is appropriate. Consequently, the Court **OVERRULES** QGT's Objection and **ADOPTS** the Report and Recommendation. It is therefore **ORDERED** that QGT's Motion to Dismiss is **DENIED**.

So ORDERED and SIGNED this 27th day of March, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE