# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KIPB LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| SAMSUNG ELECTRONICS CO., LTD.; § | |
| SAMSUNG ELECTRONICS AMERICA, § | Case No. 2:19-cv-00056-JRG-RSP |
| INC.; SAMSUNG SEMICONDUCTOR, § | |
| INC.; SAMSUNG AUSTIN § | |
| SEMICONDUCTOR, LLC; and § | |
| QUALCOMM GLOBAL TRADING § | |
| PTE. LTD., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Motion and Stipulation of Dismissal With Prejudice (the "Motion") filed by Plaintiff KIPB LLC, formerly known as KAIST IP US LLC, and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, and Qualcomm Global Trading Pte. Ltd. (Dkt. No. 161.) The Motion notifies the Court of the Parties' Settlement and Patent License Agreement and requests dismissal of the above-captioned matter with prejudice.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the parties' respective claims and counterclaims asserted in this action are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own costs, expenses, and attorney's fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** this case.

So ORDERED and SIGNED this 9th day of September, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE